CASEY, Respondent, v. CLARKE et al., Appellants. (Supreme Court, Appellate Division, First Department. December 24, 1909.) Action by Michael Casey against Thomas A.

Clarke and another. F. S. Williams, for appellants. G. W. Smith, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.